UNITED STATES BANKRUPTCY COURT

District of New Jersey

In Re MELISSA RADCLIFF, Debtor          Case No: 14-28675-ABA

PROOF OF SERVICE BY MAIL

    I, Seth Grossman, declare that I am a resident of the County of Atlantic of the State of New Jersey and the attorney for creditor ROBERT COHEN, that my address is 453 Shore Road, in Somers Point, New Jersey 08244, and that I am over the age of eighteen years of age, and am not a party to this case.

    On November 25, 2014, I served the foregoing Notice of Motion for Relief from Automatic Stay on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the Unites States Postal Service mail at Somers Point, NJ 08244, addressed as follows:

MELISSA RADCLIFF, 7118 Belmont Avenue, Mays Landing, NJ 08330 (ORDINARY and CERTIFIED MAIL, RETURN RECEIPT REQUESTED.) and

JEFFREY E. JENKINS, Esq., Jenkins & Clayman, Esqs., 412 White Horse Pike, Audubon, NJ 08106 9    (ORDINARY MAIL)

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 25, 2014

_____
SETH GROSSMAN

Sworn and subscribed to before me this 25 day of November, 2014.

GLORIA M HUIE
NOTARY PUBLIC
NEW JERSEY
My Commission Expires 3-19-17